UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-028 DWF/KMM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 751(a) |
| v. | |
| KENDALL DVONTAE PRUITT, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Escape from Federal Custody)

On or about May 2, 2020, in the State and District of Minnesota, the defendant,

**KENDALL DVONTAE PRUITT,**

knowingly escaped from the Volunteers of America Residential Reentry Center in Minneapolis, Minnesota, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Minnesota upon his conviction for the crime of conspiracy to possess firearms as a convicted felon, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                 FOREPERSON

1



SCANNED
FEB 09 2021
U.S. DISTRICT COURT MPLS