AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kendall Dvontae Pruitt | ) | Case No. 16-cr-308 ADM; 21-cr-28 ADM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kendall Dvontae Pruitt                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

Indictment          Superseding Indictment          Information          Superseding Information          Complaint

Probation Violation Petition     ✓ Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:                                    Pretrial Release Violation Petition
Violation of Supervised Release

Date: 3/21/2022
_____                        _____
                                                                        *Issuing officer's signature*

City and state:    Minneapolis, MN                        Kate M. Fogarty, Clerk of Court
_____                        _____
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                        _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____